[No. 3293-1. Division One. March 29, 1976.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL THOMAS TURNER, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 68655, Solie M. Ringold, J., entered September

24, 1974. *Affirmed* by unpublished opinion per Farris, J., concurred in by Swanson and Andersen, JJ.